UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Armande L. Milhouse,<br><br>Plaintiff,<br><br>v.<br><br>Warden Nickerenz; Lt. Johnson; Lt. Wilson; Ofc. Holm; Federal Prison Camp Duluth; and Federal Bureau of Prisons,<br><br>Defendants. | Case No. 15-cv-2508 (MJD/HB)<br><br>**O R D E R** |

This matter is before the Court on the Report and Recommendation issued by United States Magistrate Judge Hildy Bowbeer on January 5, 2016 [Doc. No. 13]. No party objected to the Report and Recommendation in the time period permitted. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation [Doc. No. 13] is **ADOPTED**; and

2. This matter is **DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** under Federal Rule of Civil Procedure 41(b) or, in the alternative, under Federal Rule of Civil Procedure 4(m).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: February 10, 2016              s/Michael J. Davis
                                      MICHAEL J. DAVIS
                                      United States District Court